FILED
United States Court of Appeals
Tenth Circuit

April 22, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| JONATHAN LEE; ERIN LEE; NICOLAS JURICH; LINNAEA JURICH,<br><br>    Plaintiffs - Appellants,<br><br>and<br><br>C.L., a minor, by and through parents Jonathan and Erin Lee as next friends; M.L., a minor, by and through parents Jonathan and Erin Lee as next friends; H.J., a minor, by and through parents Nicolas and Linnaea Jurich as next friends,<br><br>    Plaintiffs,<br><br>v.<br><br>POUDRE SCHOOL DISTRICT R-1,<br><br>    Defendant - Appellee,<br><br>and<br><br>POUDRE SCHOOL DISTRICT R-1 BOARD OF EDUCATION,<br><br>    Defendant. | No. 24-1254<br>(D.C. No. 1:23-CV-01117-NYW-STV)<br>(D. Colo.) |

_____

## JUDGMENT
_____

Before **MATHESON**, **PHILLIPS**, and **McHUGH**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk