# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 23, 2025

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

      Re:  Jonathan Lee, et al.
            v. Poudre School District R-1
           No. 25-89
           (Your No. 24-1254)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 21, 2025 and placed on the docket July 23, 2025 as No. 25-89.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Katie Heidrick
                                Case Analyst