# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 14, 2025

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:  Jonathan Lee, et al.
           v. Poudre School District R-1
           No. 25-89
           (Your No. 24-1254)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Statement of Justice Alito, with whom Justice Thomas and Justice Gorsuch join, respecting the denial of certiorari.

                          Sincerely,

                          **Scott S. Harris**, Clerk